UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIRGIL SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2835** |
| **DARREL VANNOY** | **SECTION "J"(1)** |

### O R D E R

The Court, having considered the petition **(Rec. Doc. 3)**, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 24)**, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Virgil Smith's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of February, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE