UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIRGIL SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2835** |
| **DARREL VANNOY** | **SECTION "J"(1)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

___x___   a certificate of appealability shall not be issued for the following reason(s): For the reasons set forth in the Magistrate's Report and Recommendations (Rec. Doc. 24).

New Orleans, Louisiana, this 7th day of June, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE