**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VIRGIL SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO.  20-2835** |
| **DARREL VANNOY** | **SECTION  "J"(1)** |

## J U D G M E N T

The Court having approved the Report and Recommendation of the Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be a judgment in favor of the respondent, Darrel Vannoy, and against the petitioner, Virgil Smith, dismissing Franklin's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with prejudice.

New Orleans, Louisiana, this 7th day of June, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE