# United States Court of Appeals
# for the Fifth Circuit

No. 22-30469

United States Court of Appeals
Fifth Circuit
**FILED**
October 25, 2022
Lyle W. Cayce
Clerk

Virgil Smith,

*Petitioner—Appellant,*

*versus*

Tim Hooper, *Warden, Louisiana State Penitentiary*,

*Respondent—Appellee.*

_____

Application for Certificate of Appealability from the
United States District Court for the Eastern District of Louisiana
USDC No. 2:20-CV-2835
_____

ORDER:

    Virgil Smith, Louisiana prisoner #89717, seeks a certificate of appealability (COA) to appeal the dismissal as time barred of his 28 U.S.C. § 2254 application challenging his convictions for simple robbery and second-degree battery. Smith contends that he is entitled to a COA because the district court erroneously found that he had not filed objections to the magistrate judge's report and recommendation and failed to consider his objections prior to dismissing his § 2254 application.

    To obtain a COA, Smith must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). When, as here, the district court denies relief on

No. 22-30469

procedural grounds, a COA should issue if the prisoner shows, at least, "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Smith has not made the required showing. *See id.*

Accordingly, Smith's motion for a COA is DENIED. His motion for appointment of counsel is likewise DENIED.

Don R. Willett
*United States Circuit Judge*