# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 25, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30469   Smith v. Hooper
                       USDC No. 2:20-CV-2835

Enclosed is an order entered in this case.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Majella A. Sutton, Deputy Clerk
                                      504-310-7680

Mr. Matthew B. Caplan
Ms. Carol L. Michel
Mr. Virgil Smith